IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:09-CR-475-WSD |
| FRANCISCO TEJADA-LANDAVERDE | : | |
| | : | |

## **REPORT AND RECOMMENDATION**

This action is before the Court on Defendant's Motion To Suppress Oral And Written Statements [54] ("Motion").

At the February 3, 2010 evidentiary hearing on the Motion the Government announced that it did not intend to introduce any oral or written statements of Defendant Tejada - Ladaverde, and therefore, that it did not oppose the Motion. Accordingly, the undersigned **RECOMMENDS** that Defendant's Motion [54] be **GRANTED.**

IT IS SO RECOMMENDED this 5th day of February, 2010.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE